UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:08CR164 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| | ) | |
| **JASON PUTNEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 53). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 1, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following was forfeited to the United States:

        a.      SATA hard drive

        b.      IDE hard drive

        c.      Dell Optiplex, S/N GPWV501

        d.      Angus digital camera

        e.      Two (2) DVD-R's and one (1) CDR

2. Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 6, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions. A Declaration of Publication was filed herein on December 8, 2008 (Filing No. 52).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 53) is hereby sustained.

B.  All right, title and interest in and to the above-reference properties, held by any person or entity, are hereby forever barred and foreclosed.

C.  The above-referenced properties, be, and the same hereby are, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 10th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge